UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| John T. Dixon, ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| Carolyn W. Colvin, ) | No. 7:15-CV-221-BO | |
| *Acting Commissioner of Social Security*, ) | | |
| Defendant. ) | | |
| ) | | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgment on the pleadings is GRANTED [DE 14], defendant's motion for judgment on the pleadings is DENIED [DE 16], and the matter is REMANDED to the Commissioner for further proceedings consistent with this decision.

This case is closed.

**This judgment filed and entered on May 31, 2016, and served on:**

Charlotte Hall (via CM/ECF Notice of Electronic Filing)
Christopher M. Anderson (via CM/ECF Notice of Electronic Filing)
G. Norman Acker, III (via CM/ECF Notice of Electronic Filing)
Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)

May 31, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk